No. 72–861. WAITKUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–866. COOPER *v.* FLORIDA STATE BOARD OF DENTISTRY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 72–867. ROTEK, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 72–868. BRICKER *v.* CRANE ET AL. C. A. 1st Cir. Certiorari denied.

No. 72–882. POWELL *v.* SOUTH JERSEY NATIONAL BANK ET AL. Sup. Ct. N. J. Certiorari denied.

No. 72–891. BRYANT, ADMINISTRATRIX, ET AL. *v.* INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–892. LOUIS ENDER, INC. *v.* GENERAL FOODS CORP. C. A. 2d Cir. Certiorari denied.

No. 72–903. AALCO WRECKING CO., INC. *v.* FIREMAN'S FUND INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 72–904. KROLL *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–906. BAILEY ET AL. *v.* CONSOLIDATION COAL CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–919. OLYMPIC INSURANCE CO. *v.* H. D. HARRISON, INC., DBA HARRISON'S INSURANCE SERVICE. C. A. 5th Cir. Certiorari denied.